# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Timothy Scholtes,                                    Civil No. 07-2604 (DWF/FLN)

      Plaintiff,

v.                                                   **ORDER**

Michael J. Astrue,
Commissioner of Social Security,

      Defendant.

---

Randall J. Fuller, Esq., Midwest Disability, PA, counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 25, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's motion for summary judgment (Doc. No. 5) is **DENIED**.

2.  Defendant's motion for summary judgment (Doc. No. 10) is **GRANTED**.

Dated:  June 11, 2008            s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        Judge of United States District Court